UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTGOMERY CARL AKERS,<br>    Plaintiff,<br>    v.<br>KATHERINE N SIEREVELD,<br>    Defendant. | Case No. 17-cv-03340-KAW  (PR)<br><br>**JUDGMENT** |

Pursuant to the Court's Order of today's date dismissing the present action, a judgment of DISMISSAL without prejudice to filing a paid complaint is hereby entered. The Clerk of the Court shall close the file.

IT IS SO ORDERED.

Dated: October 6, 2017

KANDIS A. WESTMORE
United States Magistrate Judge